DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOR J. ARNOLD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-212

[November 25, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael Heisey, Judge; L.T. Case No. 472017CF000711A.

Carey Haughwout, Public Defender, and Christine C. Geraghty, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH, JJ., and NUTT, JAMES, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***